**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DIA, | ) ) ) ) |
| Petitioner, | ) ) ) ) |
| v. | ) )    3:26-cv-01480 ) |
| ODDO; *et al.*, | ) ) ) |
| Respondents. | ) ) ) ) |

**<u>CASE MANAGEMENT ORDER</u>**

AND NOW, this 6th day of August 2026, IT IS HEREBY ORDERED as follows:

1.    **Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: <u>usapaw.civ.imm.2241.moshannon@usdoj.gov</u>. The subject line of the email shall contain the case caption and case number of this matter. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. <u>No other documents, pleadings, or motions may be emailed to this email address.</u>

2.    **Certificate of compliance of service.** Upon completion of service via e-mail as reflected Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3.    **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

4.    **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **14 days** of the date of service. Respondents must specifically address the length of detention, and if Petitioner has provided "good reason to believe that there is no

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Responses are limited to **25 pages**, double-spaced.

5.    **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **7 days** of the filing of Respondents' response to the petition.  The reply is limited to **5 pages**, double-spaced.

DATED this 6th day of August, 2026.

BY THE COURT:

/s/ Mark R. Hornak

United States District Judge